| DIST. | OFF. | DOCKET Y.R. NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | D PTF DEF 23 | R | $ DEMAND | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0754 | 4 | 84 4320 | 06 29 84 | 2 | 550 | 1 | | | Nearest $1,000 | J 5410 M 54AF | 17199 | P | 84 4320 |

87-1683

### PLAINTIFFS

(P-1)  BRUSCINO, RONNIE,
(P-2)  WYLER, ROBERT, *Diem 3.1/85*
(P-3)  MYERS, PHILIP,
(P-4)  REED-BEY, THOMAS,
(P-5)  HEVLE, EDGAR, *diend. 8-1-85*
(P-6)  ATTEBERRY, DANIEL,
(P-7)  PIERCY, RONALD ,
(P-8)  BUSTAMANTE, GEORGE,
(P-9)  IRON MOCCASIN, ALAN
(P-10) DE LA CRUZ, GEOVANI MONTEY,
(P-11) WILLIAMS, JOHN,
(P-12) CURRY-BEY, CECIL
(P-13) WHITE, GARVIN DALE, *Dis. 10/5/84*
(P-14) GEANEY, JEREMIAH, *Dis 10/5/84*
(P-15) ROY, CLEO
(P-16) GARZA, ALBERT and
(P-17) PELTIER, LEONARD, on behalf of
themselves & others similarly situated

### DEFENDANTS

18 (D-1)   CARLSON, NORMAN,
19 (D-2)   RALSTON, GEORGE,
20 (D-3)   WILLIFORD, JERRY,
21 (D-4)   LEECH, DEAN,
22 (D-5)   KEOHANE, P.W.,
23 (D-6)   FLEMING, JOHN DOE,
24 (D-7)   BOOKER, JOHN DOE,
25 (D-8)   HARRIS, MICHAEL,
26 (D-9)   CHICK, JOHN DOE
27 (D-10)  HARDIN, LARRY,
28 (D-11)  BURLESON, JOHN DOE
29 (D-12)  BARKER, JOHN DOE,
30 (D-13)  BLEDSOE, JAMES,
31 (D-14)  DEXTER, JOHN DOE,
32 (D-15)  RONTSEN, JOHN DOE,
33 (D-16)  COUZINE, JOHN DOE,

Continued on next page

### CAUSE

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)
42:1983 Prisoner Civil Rights

JURY

### ATTORNEYS

Donna Kolb
James Roberts
Donna Kolb
James Roberts
P. O. Box 678
Carbondale, IL 62903
618-529-3142

Nancy Horgan - *as above.*
P. O. Box 30731
Seattle, WA 98103

William Kuntsler
Kuntsler & Mason
13 Gay Street
New York, NY 10014

Nancy Horgan
Donna Kolb
James Roberts
Attorneys at Law
P.O. Box 678
Carbondale, IL    62903
618-529-3142

Nancy Horgan
Attorney at Law
4819 Stone Way North
Seattle, WA    98103

Donna Kolb
Attorney at Law
POB 3249
Tuba City, AZ    86045

POB 772
Vashon, WA 98070
206-447-3900

Ralph Friederich
Assistant U. S. Attorney
750 Missouri Avenue
East St. Louis, IL   62201

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | FEES PAID | C.D. NUMBER | STATISTICAL CARDS. |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | CARD | DATE MAILED |  |
|  | 06-29-84 | #8893 pd. $60.00 |  |  | JS-5  07-01-84 | krm |  |
|  |  |  |  |  | JS-6 |  |  |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 9/81)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | | DOCKET NO. _____ |
|---|---|---|---|---|
| | | | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | DEFENDANTS CONTINUED . . . |

34 (D-17)  FRENCH, JOHN DOE,
35 (D-18)  WESLEY, JOHN DOE,
36 (D-19)  GILLERY, JOHN DOE,
37 (D-20)  HALE, JAMES R.,
38 (D-21)  THOMPSON, JOHN DOE,
39 (D-22)  EZZEL, JOHN DOE,
40 (D-23)  CONYERS, JOHN DOE,
41 (D-24)  BURGERSON, JOHN DOE,
42 (D-25)  RODGERS, JOHN DOE,
43 (D-26)  DICKMAN, JOHN DOE,
44 (D-27)  SPICER, JOHN DOE,
45 (D-28)  DILLOW, KIP G.,
46 (D-29)  HECK, JOHN DOE,
47 (D-30)  CHRISTIE, JOHN DOE,
48 (D-31)  POLLUM, JOHN DOE,
49 (D-32)  EDENFIELD, JOHN DOE,
50 (D-33)  FRAY, JOHN DOE,
51 (D-34)  GRAVES, E. D.,
52 (D-35)  YATES, JOHN DOE,
53 (D-36)  RAU, JOHN DOE,
54 (D-37)  NICHOLAS, JOHN DOE,
55 (D-38)  GRAHAM, JOHN DOE,
56 (D-39)  KELCH, JOHN DOE,
57 (D-40)  CARTER, CHARLES
58 (D-41)  STEPP, JOHN DOE,
59 (D-42)  BENTON, JOHN DOE,
60 (D-43)  HENDERSON, JOHN DOE,
61 (D-44)  STEFFENS, JOHN DOE,
62 (D-45)  WILSON, JOHN DOE,
63 (D-46)  TERRY, JOHN DOE,
64 (D-47)  HOLT, JOHN DOE,
65 (D-48)  CHAVEZ, JOHN DOE,
66 (D-49)  LOPEZ, JOHN DOE,
67 (D-50)  SCHELL, JOHN DOE,
68 (D-51)  WERTENBERGER, JOHN DOE,
69 (D-52)  OXFORD, JERRY,
70 (D-53)  CLASS, JOHN DOE,
71 (D-54)  GORA, THOMAS,
72 (D-55)  MILLER, HAROLD, and other unknown
persons to be named by amended complaint;
and their agents, subordinates,
employees and successors.

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 84-4320 |
|---|---|---|---|
| BRUSCINO, RONNIE, ET AL. | | CARLSON, NORMAN, ET AL. | PAGE 3 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 06/29/84 | 1 | MOTION to Waive Local Rule 9. | krm |
| 06/29/84 | 2 | COMPLAINT for Declaratory Judgment, Injunctive Relief and for Damages and Demand for Jury Trial. | krm |
| | | JS 5.    X820.    INDEX. | krm |
| 07/02/84 | | ORIGINAL case file & docket entries to pro se law clerk for review. Express mail #B51759439. | krm |
| 07/12/84 | 3 | MINUTE ORDER (JLF) that matter is assigned to USMagistrate Meyers purs to Local Rule 30(a)(1). EOD 7-12-84 cp to pltf cnsl. | krm |
| 07/31/84 | | RETURN of Service  w/Acknowledgment exec on Norman Carlson on 7-17-84. | my |
| 07/31/84 | | RETURN of Service w/Acknowledgment exec on James Bledsoe on 7-15-84. | my |
| 07/31/84 | | RETURN/SRV w/ack exec on John Doe Barker on 7-6-84. | my |
| 07/31/84 | | RETURN/SRV w/ack exec on John Doe Burlison on 7-9-84. | my |
| 07/31/84 | | RETURN/SRV w/ack exec on John Doe Chavez on 7-18-84. | my |
| 07/31/84 | | RETURN/SRV w/ack exec on John Doe Chick on 7-11-84. | my |
| 07/31/84 | | RETURN/SRV w/ack exec on John Doe Christie on 7-12-84. | my |
| 7-31-84 | | RETURN/SRV w/ack exec on John Doe Class on 7-13-84. | my |
| 7-31-84 | | RETURN/SRV w/ack exec on John Doe Conyers on 7-28-84. | my |
| 7-31-84 | | RETURN/SRV w/ack exec on John Doe Couzine on 7-9-84. | my |
| 07-31-84 | | RETURN/SRV w/ack exec on John Doe Dickman on 7-20-84. | my |
| 07-31-84 | | RETURN/SRV w/ack exec on Kip G. Dillow on 7-7-84. | my |
| 07-31-84 | | RETURN/SRV w/ack exec on John Doe Edenfield 7-24-84. | my |
| 07-31-84 | | RETURN/SRV w/ack exec on John Doe Ezzel 7-16-84. | my |
| 07-31-84 | | RETURN/SRV w/ack exec on Thomas Gora on 7-6-84. | my |
| 07-31-84 | | RETURN/SRV w/ack exec on John Doe Graham on 7-23-84. | my |
| 07-31-84 | | RETURN/SRV w/ack exec on E. D. Graves on 7-9-84. | my |
| 07-31-84 | | RETURN/SRV w/ack exec on Larry Hardin on 7-6-84. | my |
| 07-31-84 | | RETURN/SRV w/ack exec on John Doe Heck on 7-7-84. | my |
| 07-31-84 | | RETURN/SRV w/ack exec on Dean Leech on 7-12-84. | my |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | | DEFENDANT | DOCKET NO. 84-4320 |
|---|---|---|---|---|
| RONNIE BRUSCINO, ET AL | | | NORMAN CARLSON, ET AL | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | | |
|---|---|---|---|---|
| 07/31/84 | | RETURN/SRV w/ack on John Doe Lopez on 7-10-84. | | my |
| 07/31/84 | | RETURN/SRV w/ack on Harold Miller on 7-10-84. | | my |
| 07/31/84 | | RETURN/SRV w/ack on Jerry Oxford on 7-7-84. | | my |
| 07/31/84 | | RETURN/SRV w/ack ON John Doe Rodgers on 7-14-84. | | my |
| 07/31/84 | | RETURN/SRV w/ack on John Doe Schell on 7-9-84. | | my |
| 07/31/84 | | RETURN/SRV w/ack on John Doe Spicer on 7-7-84. | | my |
| 07/31/84 | | RETURN/SRV w/ack on John Doe Thompson on 7-13-84. | | my |
| 07/31/84 | | RETURN/SRV w/ack on John Doe Wertenberger on 7-17-84. | | my |
| 07/31/84 | | RETURN/SRV w/ack on John Doe Wesley on 7-19-84. | | my |
| 07/31/84 | | RETURN/SRV w/ack on John Doe Yates on 7-20-84 | | my |
| 08/06/84 | 4 | MOTION to Shorten Time for Response obo plaintiffs, sub. to Mag. | X820 | lsb |
| 8/6/84 | 5 | REQUEST for Entry of Experts filed obo plfs sub. to Mag. | X820 | lsb |
| 8/6/84 | 6 | MEMORANDUM in Rule 37 Motion, sub. to Mag. | X820 | lsb |
| 8/6/84 | 7 | MOTION for Prelim. Relief re Brutality, sub. to Mag | X820 | lsb |
| 8/6/84 | 8 | AFFIDAVIT of Counsel obo plfs', sub. to Mag. | X820 | lsb |
| 8/6/84 | 9 | MOTION to Compel Disc and for Expenses, sub. to Mag. | X820 | lsb |
| 8/31/84 | 10 | NOTICE/dep of d. Bailes on 9/5/84 8:30 A.M., Marion, Illinois. | | lsb |
| 8/31/84 | 11 | NOTICE of Filing in Camera, envelope sealed and placed in file | | lsb |
| 08/30/84 | | RETURN/SRV w/acknowledgment exec 7-29-84 by deft Booker. | | X820.krm |
| 08/30/84 | | RETURN/SERVICE w/acknowledgment exec 7-19-84 by deft Carter. | | X820.krm |
| 08/30/84 | | RETURN/SERVICE w/acknowledgment exec 7-23-84 by deft Jerome Kelch. | | X820.krm |
| 08/30/84 | | RETURN/SERVICE w/acknowledgment exec by deft Ralston undated. Ack rec'd by pltf cnsl 8-27-84. | | krm |
| 08/30/84 | | RETURN/SERVICE w/acknowledgment exec by deft Fray 7-13-84. | | X820.krm |
| 08/30/84 | | RETURN/SERVICE w/acknowledgment exec by deft Henderson 7-30-84. | | X820.krm |
| 08/30/84 | | RETURN/SERVICE w/acknowledgment exec 7-30-84 by deft Stepp. | | X820.krm |
| 08/30/84 | | RETURN/SERVICE w/acknowledgment exec by deft Steffens 8-8-84. | | X820.krm |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | | DOCKET NO. 84-4320 |
| RONNIE BRUSCINO, et al. | | NORMAN CARLSON, Et al. | PAGE 5 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 08/30/84 | | RETURN/SERVICE unexecuted as to defts Fleming, Keohane, Pollum, Terry and Williford. | krm |
| 08/30/84 | 11 | LETTER requesting issuance of alias summons re unexecuted returns. | krm |
| 08/30/84 | 12 | XMOTION obo pltfs for appt of D.Baker as process server. | krm |
| 09/04/84 | 13 | ORDER (AMH) granting appt of D.Baker as process server. EOD 9-4-84 cps d. | krm |
| 09/04/84 | | ALIAS SUMMONSES issd to pltf cnsl for srv upon defts Fleming, Keohane, Pollum, Terry & Williford. X820. | krm |
| 09/04/84 | 14 | ORDER (KJM) that pltfs' Rule 37 mot requesting ord allowing Rule 34 inspection of USPMarion is denied. EOD 9-5-84 cps dist. X820. | krm |
| ~~08/30/84~~ | ~~15~~ | ~~MINUTES of final pretrial conference; csl for plf to file Mo to Consolidate 84-4320 & 84-4018; Ct rules on Govt's obj to plf's interrog; Govt granted 21 days to answer plf's interrog, plf to file Mo for Sum Judg w/in 21/days after Govt answers interrog; def to resp to plf's Mo for SJ w/in 7 days thereafter. X820~~ | ~~lsb~~ |
| 9/6/84 | 15 | RESPONSE obo deft to pltfs' req for entry of experts. X820. | cb |
| 9/6/84 | 16 | X MOTION obo deft Carlson to shorten time to ans interrogs. w/prop ord. | cb |
| 9/6/84 * | 17 | SPECIAL ENTRY of app obo deft. Norman Carlson by Ralph M. Friederich, Asst. U. S. Attorney. | cb |
| 9/12/84 | | CASE file sumb. to KJM. | cb |
| | | -------------------------------BEGIN FOLDER #2------------------------------- | |
| 09/12/84 | 18 | NOTICE of Deposition of Jerry Williford beginning 09/24/84 at 8:30 a.m. at Canteen Conference Room, State office Bldg.,2209 W.Main,Marion. | vds |
| 09/12/84 | 19 | NOTICE of Deposition by Pltfs of Quincy Heck, Physician's Assistant,U.S.P. Marion beginning 09/26/84 at 8:30 a.m. at Children Family Services Conf. Room, State Office Bldg., 2209 W. Main,Marion,ILL. | vds |
| * 09/11/84 | 20 | XMOTION obo dft. for ext. of time to answer or plead | ktm |
| 09/17/84 | 21 | ORDER(AMH) Dft. is given until 10/5/84 to ans          cc:dist X820 | ktm |
| 09/26/84 | 22 | NOTICE setting hrg on mtn for prel. injunc. 10/1/84, 9:30 a.m., U. S. Penitentiary, Marion, IL; cps. dist. | cb |
| 9/25/84 | 23 | X MOTION obo plf for recusal of Magistrate & Judge, submitted to Magistrate X820 | sb |
| 9/25/84 | 24 | AFFIDAVIT of plf re Motion for Recusal, submitted to Mag w/ attachments | sb |
| 9/25/84 | 25 | MEMORANDUM in support of Motion for Recusal, submitted to Mag | sb |
| 9/26/84 | 26 | XMOTION of Dft for Cont of hrg on Mot for Prel Relief. | ds |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RONNIE BRUSCINO, ET AL | NORMAN CARLSON, ET AL | DOCKET NO. 84-4320<br>PAGE 6 OF____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9/28/84 | 27 | ORDER (KJM) stating hearing on plf's Motion for Preliminary Relief for 10/1/84, is CONTINUED GENERALLY, dated 9/27/84 eod 9/28/84 cps. dist.    X820 lsb |
| 9/27/84 | 28 | X PETITION for WHCAT by ptf's, subm to KJM w/prop. Minute Order    X820 ktm |
| 10/3/84 | 29 | MINUTE ORDER(AMH) the above Petition for WHCAT by ptfs shall remain as a pending motion before this Court to be considered when the matter is again set for hearing    eod 10/3/84    cc:dist    X820 ktm |
| 10/1/84 | 30 | MOTION for Extension of Time obo Govt, submtited to U. S. Mag.    X820 lsb |
| 10/3/84 | 31 | NOTICE/DEPOSITION of Joseph Booker, 10-12-84, 9:30 a.m., Benton, IL |
| 10/3/84 | 32 | NOTICE/DEPOSITION of John Doe "Buck" Barker 10-10-84, 9:30 a.m., Benton, IL |
| 10/5/84 | 33 | MOTION obo plf for Order of Class Certification, submitted to Mag. Meyers X820 lsb |
| 10/5/84 | 34 | MEMORANDUM in support of Motion for Order of Class Cert. w/ affidavits attached obo plf, submitted to Mag w/ Motion    X820  lsb |
| 10/5/84 | 35 | ORDER (KJM) dismissing action as to two plf's J. Geaney and D. White cps. dist.    lsb |
| 10-5-84 | 36 | X MOTION to dismiss w/brf in support |
| 10/12/84 | 37 | X MOTION to Strike plf's Req for prelim Relief re brutality or in the alternative for a stay, submitted to Mag Meyers    X820 lsb |
| 10/12/84 | 38 | MEMORANDUM in support of Motion to Strke plf's req for prelim relief. submitted to Mag w/ Motion    lsb |
| 10/12/84 | 39 | RESPONSE to plf's Motion for Recusal, submitted to Mag. Meyers    X820 lsb |
| 10/12/84 | | RETURN/SERVICE of Alias Summons exec 9-27-84 pers upon J.Williford.    krm |
| | | -------------------------------BEGIN FOLDER #3------------------------------- |
| 10/16/84 | 40 | X MOTION to Compel Ans to Interrogs obo dft.  File to KJM.    ds |
| 10/17/84 | 41 | MEMORANDUM in response to Dfts' Mtn to Strike w/affidavits.    X820.  ds |
| 10/22/84 | 42 | X MOTION for Ext of Tm to oppose Pltfs' Mtn for Class Certification, obo deft. ... (Order subm to KJM).    vds |
| 10/22/84 | 43 | X MOTION obo pltfs to shorten time to ans interrs.    X820. krm |
| 10/24/84 | 44 | X MOTION obo plfs for preliminary relief in regard to conditions, submitted to Mag. Meyers    X820 lsb |
| 10/26/84 | 45 | ORDER (KJM) that ptf's mtn to recuse U.S. Mag. K. Meyers from proceedgs is denied.  EOD 10-29-84.  cps. dist.    X820.  ds |
| 10/29/84 | | File to JLF re #23.    ds |
| 11/1/84 | 46 | NOTICE setting P-T Conf. 11-15-84 in Benton before Mag. Meyers; cps. dist.    X820.cb |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RONNIE BRUSCINO, ET AL | NORMAN CARLSON, ET AL | DOCKET NO. 84-4320 <br> PAGE 7 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 11-1-84 | | MOTION for extension of time to respond to pltfs' req for production stricken and returned pursuant to LR 14. | cb |
| 11-2-84 | 47 X | MOTION for ext of tm to respond to ptfs' req for prod obo dfts. | ds |
| 11-2-84 | 48 | ORDER (AMH) that dfts mtn for ext of tm to respond to ptfs' req for prod is grntd; response is due 12-1-84.  EOD 11-2-84.  cps. dist. | ds |
| 11/1/84 | 49 | MOTION for Protective Order obo def, submitted to Mag. Meyers   X820 | lsb |
| 11/1/84 | 50 | BRIEF in Support of def's Motion for Protective Order | lsb |
| 11/1/84 | 51 | NOTICE to plf as to Motion for Summary Judgment filed obo def. | lsb |
| 11/1/84 | 52 | NOTICE of Filing Affidavit of Jerry T. Williford, submitted to Mag. Meyers | lsb |
| 11/07/84 | 53 | BRIEF in Opp to Dfts' Rule 12(b)(6) Mtn to Dism obo ptf.  (Subm)  X820. | ds |
| 11/08/84 | 54X | MOTION for Apptment of Alan Beard as process srvr w/prop ord. | ds |
| 11/09/84 | 55 | ORDER (KJM) apptg Alan Beard as process srvr to srv John Doe Holt. EOD 11-9-84.  cps. dist. | ds |
| 11/09/84 ** | | ALIAS SUMMONS issd to ptf's cnsl for srv on dft John Doe Holt. | ds |
| 11/15/84 | 56 | MINUTES of pretrial conf. held 11/15/84 in Benton before Mag. Meyers: Report of P-T Conf. to enter.  Minutes in file. | cb |
| * 11/13/84 | 57 X | MOTION for Apptmnt of Process Srvr w/prop Ord. | ds |
| 11/16/84 | 58 | ORDER (KJM)  that T. L. Campbell is apptd to srv S&C upon dft John Doe Raul. EOD 11-16-84.  cps. dist. | ds |
| 11/16/84 | | ALIAS SUMMONS issd to ptfs' atty.                                  .  X820. | ds |
| 11/16/84 | 59 | REPORT of Final Pretrial Proceedings, plf's to respon to interrog. by on or before 11/29/84, Def;s Motion to Dismiss is taken under advisement and def's Motion to Strike plf's Request for Prelim Relief; agreement is made that Motion for Class Certification is not to be ruled on at this time; Matter is set for hearing on plf's Request for Preliminary Injunction on Jan 7, 8, 14, and 15, 1985, 9:30 a.M., U. S. P. Marion, Illinois, no further notice to issue, lv is granted to def to depose witnesses, eod 11/16/84 cps. dist.                                           X820 | lsb |
| 11/26/84 | 60 | MOTION to set aside order of Court obo pltfs w/prop ord.  (Subm. to KJM) | cb |

*    *    *    *

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | | |
|---|---|---|---|---|
| RONNIE BRUSCINO ET AL | | NORMAN CARLSON, ET AL | DOCKET NO. 84-4320 PAGE 8 OF ___ PAGES | |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 11/19/84 | 60 | MOTION to Set Aside Order of 11/2/84 extending time for def to resp. by 12/1/84, obo plf, submitted to Mag. Meyers | X820   lsb |
| 11/19/84 | | File submitted to Mag. Meyers. | lsb |
| 11/19/84 | | MOTION to set aside Order of 11/2/84 stricken and returned per LR6 | lsb |
| | | -------------------------------BEGIN FOLDER #4-------------------------------- | |
| 11/19/84 | | REQUEST for Production of Detailed Reports of Exams of Mental Conditions of Ptfs stricken & ret'd for noncompliance w/LR 16. | ds |
| 11/27/84 | 61/ | MOTION for Apptmnt of Special Master obo ptfs. | X820. ds |
| 11/27/84 | 62 | NOTICE of Deposition to be taken 12/7/84 U. S. P. Lewisburg, Pa. of Garvin Dale White. | lsb |
| 11/28/84 | 63 | MOTION W/ORDER THEREON denying mtn to set aside ord. (KJM) EOD 12-03-84 cps dist. | krm |
| 11/30/84 | 64X | MOTION obo dfts to compel ptfs to prod reports of Examing Experts w/supportg Memorandum. | X820. ds |
| 12/5/84 | 65 | NOTICE of Deposition to be taken 12/11/84  USPMarion of M. Sizemore | lsb |
| 12/5/84 | 66 | NOTICE of Deposition to be taken 12/12/84 USPMarion of C. Mills | lsb |
| 12/5/84 | 67 | NOTICE of Deposition to be taken 12/12/84 USPMarion of R. Tester | lsb |
| 12/5/84 | 68 | NOTICE of Deposition to be taken 12/13/84 USPMarion of S. Griffin | lsb |
| 12/5/84 | 69 | NOTICE of Deposition to be taken 12/11/84 USPMarion of E. Hevle | lsb |
| 12/5/84 | 70 | NOTICE of Deposition to be taken 12/10/84 USPMarion of T. Reed-Bey | lsb |
| 12/5/84 | 71 | NOTICE of Deposition to be taken 12/10/84 USPMarion of J. Williams | lsb |
| 12/5/84 | 72 | NOTICE of Deposition to be taken 12/13/84 USPMarion of T. Wolf | lsb |
| 12/6/84 | 73 | MOTION for Extension of Time obo petitioner, submitted to Mag. Meyers | lsb |
| 12/19/84 | 74 | REPORT & RECOMMENDATION & MEMORADUM & ORDER (KJM)  denying defendant's Motion to Dismiss in part & recommending that motion be granted in part and that plf's be granted time not to exceed 30 days to file an amended complaint to conform to order of dismissal on defendant's motion. eod 12/20/84 cps. dist. | X820 lsb |
| 12/26/84 | 75 | NOTICE/DEPOSITION of Cleo Ray 1-2-85, 9:30 a.m., USP obo dfts. | ds |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 84-4320 |
|---|---|---|
| RONNIE BRUSCINO ET AL | NORMAN CARLSON, ET AL | PAGE 9 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 12/28/84 | X | MOTION IN LIMINE obo Resp. stricken and returned per LR6. | lsb |
| 12/28/84 | | MOTION to Compel Answers to Interrog. stricken & Returned per LR6. | lsb |
| 1/2/85 | | MOTION for Ext of Tm obo Pet. stricken & returned per LR6. | lsb |
| 1/2/85 | | Plf's Obj to Interr, stricken & returned per LR16. | lsb |
| 1/2/85 | 76 X | MOTION obo plf re Courtroom Procedures, submitted to Mag. Meyers | X820 lsb |
| 1/2/85 | 77 X | PETITION for WHCAT obo plf w/proposed order, submitted to Mag. Meyers | lsb |
| 1/2/85 | 78 | ORDER grntg pet for WHCATS excluding G. Dale White. eod 1/3/85; cps. dist. | cb |
| 1/3/85 | | WHCATS issd to USM/ESL re John Williams, Thomas Reed-Bey, Cleo Roy, Edgar Hevle, Robert Tester, Timothy Wolf Sidney Griffin, Clinine Mills & Ronnie Bruscino. | cb |
| 1/4/85 | 79 X | MOTION obo plf for Extension of Time to 1/10/85 to respond to Mag. Report of 12/19/84, submitted to Mag. Meyers with proposed Order. | lsb |
| 1/4/85 | 80 | MEMORANDUM in support of plf's Motion re courtroom procedures. | lsb |
| 1/4/85 | 81 X | MOTION obo plf to Compel Disc and for Sanctions, submitted to Mag. Meyers. | X820 lsb |
| 1/7/85 | 82 | MINUTES of hrg on mtn for prel. inj. (Day 1) held Marion USP before Mag. Meyers: Court ords Govt's mtns in limine & to compel which were stricken & returned 12-28-84 filed; Jan Susler & Jeffrey Haas adm PHV upon paym of fee; Cnsl for govt orally moves to exclude documentary evidence which pltfs plan to present. Pltfs indicate they will not present documentary evidence & govt w/draws mtn; pltfs mtn re courtroom procedures grntd in part & denied in part (see minutes for specfcs); pltfs orally move Ct to reconsider; denied. Arg heard on govt's mtn to compel pltfs to produce reports of examining experts; mtn taken under advisement; govt's mtn in limine taken under advise; testimony beings. Cont. to 1-8-85. | cb |
| 1/7/85 | 83 X | MOTION for adm PHV obo Jan Susler. | cb |
| 1/7/85 | 84 X | MOTION for adm PHV obo Jeffrey Haas. | cb |
| 1/7/85 | 85 | ORDER (KJM) adm Jan Susler & Jeffrey Haas PHV upon paym. of fee. eod 1/9/85; cps. dist. | cb |
| 1/7/85 | 86 X | MOTION to compel ans to interrogs. obo govt. | cb |
| 1/7/85 | 87 | MEMORANDUM in support of govt's mtn to compel ans to interrogs. | cb |

--------------

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 84-4320 |
|---|---|---|
| RONNIE BRUSCINO, ET AL | NORMAN CARLSON, ET AL | PAGE 10 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | | |
|---|---|---|---|---|
| 1/7/85 | 88 X | MOTION in limine obo Govt. | X820. | cb |
| 1/7/85 | 89 | MEMORANDUM in support of mtn in limine | X820. | cb |
| 1/8/85 | 90 | MINUTES of hrg on mtn for prel inj (Day 2)  Testimony continues.  Hrg to resume 1-14-85, Marion USP, 9:30 a.m.  Minutes in file. | | cb |
| | | ----------------------------BEGIN VOLUME V---------------------------------------- | | |
| 1/7/85 | 91 X | MOTION for Voluntary Dismissal and Order thereto (cpy) (original in 84-4143) dismissing cause No. 84-4143 which was consolidated with this file. | | lsb |
| 1/11/85 | 92 | ORDER (KJM) that defts' mtn to compel pltf Eddie Wesley Hevle to ans certain questions propounded in his obj allowed & pltf Hevle ord to ans question re Arian Brotherhood; defts shall not be req to cross-examine pltf Hevle until such time as his depos has been completed. eod 1/14/85; cps. dist. | | cb |
| 1/11/85 | 93 | ORDER (KJM) that defts' mtn in limine grntd & pltfs shall deliver to defts w/in 5 days all written reports which have been prepared by Rundle & Haney; if no such written reports exisit, pltfs shall cause preparation & subm w/in 10 days to taking of depos; that testimony of Rundle & Haney shall not be taken as evidence until defts have had opportunity to depose witnesses following subm of reports.  eod 1/14/85; cps. dist. | | cb |
| 1/15/85 | 94 | MINUTES of hrg on mtn for prel inj (Day 3) Testimony continues.  Pltfs' oral mtn for ext of time to subm summary of testimony grntd & time extended to 14 days for pltf & 7 days for defts' response; pltfs grntd to 1-19-85 to subm objects to R&R dtd 12-19-84; cnsl for govt orally moves to compel pltfs to produce work-product document viewed by expert witness; taken under advisement, & pltf to provide authority by 1-15-85.  Defts orally move to compel pltfs to resp to outstanding reqs for production; argument to be heard 1-15-85.  Hrg to resume 1-15-85.  Minutes in file. | | |
| 1/15/85 | 95 | MINUTES of hrg on mtn for prel inj (Day 4) Testimony continues.  Cnsl for govt orally moves to strike testimony of Edgar Hevle & dismiss Edgar Hevle as pltf & ord pltf Hevle to pay costs of deposition; argument presented & Ct to make R&R to dist. judge that pltf Hevle's testimony be stricken & that he be dism. from case.  R&R to be subm. at conc of hrg.  Argument presented on defts' oral mtn to compel pltfs to produce work-product document; ct allows disc of document to defts' cnsl w/deletion of certain words.  Ct orders orig. document sealed. At conc of testimony of pltfs' expert witness, cnsl for pltfs orally move for TRO & for special master to oversee changes at prison; argument presented.  R&R to enter that there has not been sufficient evidence to warrant grntg TRO or prel inj.  Cnsl for defts orally moves for ct order that pltfs ans interrogs served in Sept. & Oct. Cnsl advised to subm. written mtn. & matter will be taken under adivse. Case to be rescheduled for further hrg after 2-4-85.  Minutes in file. | | |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RONNIE BRUSCINO, ET AL | NORMAN CARLSON, ET AL | DOCKET NO. 84-4320 <br> PAGE 11 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1/22/85 | 96 | OBJECTIONS to Magistrate's Recommendations on 12/29/84 obo defts.    (Subm to JLF). | X820.vds |
| 01/22/85 | 97 | NOTICE of Vol Dism obo ptf w/aff attached. | ds |
| 01/23/85 | 98 | NOTICE/DEPOSITION of R. Bruscino, 1-28-85, 9:30, USP, Marion, IL. | ds |
| 01/23/85 | 99 | NOTICE/DEPOSITION of G. McCollum, 1-28-85, 11:30, USP, Marion, IL. | ds |
| 01/23/85 | 100 | NOTICE/DEPOSITION of F. Segarra, 1-28-85, 1:30, USP, Marion, IL. | ds |
| 01/23/85 | 101 | NOTICE/DEPOSITION of R. Thompson-El, 1-29-85, 9:30, USP, Marion, IL. | ds |
| 01/23/85 | 102 | NOTICE/DEPOSITION of D. Ford, 1-29-85, 11:30, 11:30, USP, Marion, IL. | ds |
| 01/23/85 | 103 | NOTICE/DEPOSITION of H. B. Johnson, 1-31-85, 11:30, USP, Marion, IL. | ds |
| 01/23/85 | 104 | NOTICE/DEPOSITION of R. McNally, 1-29-85, 1:30, USP, Marion, IL. | ds |
| 01/23/85 | 105 | NOTICE/DEPOSITION of G. Bustamante, 1-31-85, 9:30, USP, Marion, IL. | ds |
| 01/23/85 | 106 | NOTICE/DEPOSITION of B. Gereau-Bey, 1-31-85, 1:30, USP, Marion, IL. | ds |
| 01/23/85 | 107 | NOTICE/DEPOSITION of C. Parada, 2-1-85, 9:30, USP, Marion, IL. | ds |
| 01/23/85 | 108 | NOTICE/DEPOSITION of D. Atteberry, 2-1-85, 11:30, USP, Marion, IL. | ds |
| 01/23/85 | 109 | NOTICE/DEPOSITION of C. Curry-Bey, 2-1-85, 1:30, USP, Marion, IL. | ds |
| 01/23/85 | 110 | NOTICE/DEPOSITION of M. Geoghegan, 2-4-85, 9:30, USP, Marion, IL. <br>    "                " P. Myers, 2-4-85, 11:30, USP, Marion, IL. <br>    "                "  Alvin Wright, 2-4-85, 1:30, USP, Marion, IL. <br>    "                "  A. Moccasin, 2-5-85, 9:30, USP, Marion, IL. <br>    "                "  A. Smith, 2-5-85, 11:30, USP, Marion, IL. <br>    "                "  Clyde Maestas, 2-5-85, 1:30, USP, Marion, IL. <br>    "                "  C. Mendoza, 2-6-85, 9:30, USP, Marion, IL. <br>    "                "  N. Scott, 2-6-85, 11:30, USP, Marion, IL. <br>    "                "  J. Fritz, 2-6-85, 1:30, USP, Marion, IL. <br>    "                "  G. Cowsen-El, 2-7-85, USP, Marion, IL. <br>    "                "  J. Campbell, 2-7-85, USP, Marion, IL. <br>    "                "  R. Gometz, 2-7-85, USP, Marion, IL. <br>    "                "  G. Sims, 2-8-85, 9:30, USP, Marion, IL. <br>    "                "  J. Greschner, 2-8-85, 11:30, USP, Marion, IL. <br>    "                "  J. Wagner, 2-8-85, 1:30, USP, Marion, IL. | ds |
| 01/25/85 | 111 X | MOTION to Compel Response to dfts' document requests obo dfts. <br> ------------------------ | X820. ds |
| 01/25/85 | 111A X | MOTION obo dfts Williford, Ralston, Leech & Keohane to compel ans to interrs w/memorandum. | krm |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RONNIE BRUSCINO ET AL | NORMAN CARLSON, ET AL | DOCKET NO. 84-4320<br>PAGE 12 OF____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 01/31/85 | 112 | NOTICE that Hearing set before Magst K.J.Meyers at U.S.Prison, Marion, ILL on 02/11,12,13 and 02/25,26,27 and 3/11,12,13, all in 1985. Cps Dist.                                                                     X820.    vds |
| 02/01/85 | 113 | PETITION for WHCAT obo pltf. (Prop. ord subm to KJM).                    vds |
| 02/04/85 | 114 | ORDER grntg Pet for WHCATS for 22 prisoners on Feb. 11,1985 at 9:30 a.m. or on such date as Ct may direct.  EOD 02/05/85.  Cps dist.  Ord dated 02/01/85.                                                                              vds |
| 02/05/85 |  | WHCATS issd to USM/ESL re G.Dale White,Ronnie Bruscino, Gerald McCollum, Frank Segarra, Richard Thompson-El, Robert Wyler, David Ford, Ronald Piercy, Ronald McNally, Henry B. Johnson, Beaumont Gereau-Bey, Carlos Parada, George Bustamante, Donald Gee, Daniel Atteberry, Lawrence D. Caldwell, Charles Perry, J. R. Soto.                                      vds |
| 02/04/85 | 115 | RESPONSE to Motion to Compel Disc & for Sanctions obo defendants  (sub) X820 1sb |
| 02/07/85 |  | WHCATS issd to USM/ESL re Michael Geoghegan, Jose Rodriques, Ray Moreno, James Rice-El.                                                         vds |
| 02/11/85 | 116 | USM RETURN of WHCAT unexecuted as to Frank Segarra dated 2/11/85          1sb |
| 02/11/85 | 117 | USM RETURN of WHCAT unexecuted as to G. Dale White dated 2/11/85          1sb |
| 02/12/85 | 118 | MINUTES of P-T Conf held 02/12/85 at Benton.  Parties appear in Chambers to discuss expediting matter.  Matter set for hrg on 03/18,19,20,25,26 and 27,1985.  Clk to iss notice.                                             vds |
| 02/13/85 | 119 | MINUTES of Hrg at U.S.Prison,Marion,ILL on 2/13/85.  Witnesses sworn & testified: Robert Wyler, Henry B. Johnson, Beaumont Gereau-Bey, Gerald McCollum.  Matter cont to 2/25/85 at 9:30 a.m. U.S.Prison,Marion.  vds |
| 02/15/85 |  | USMAR/RETURN on WHCAT on 2/13/85 as to R. Bruscino,B. Gereau-Bey, G.McCollum, H. B. Johnson, R. Wyler, R. Piercy.                                    vds |
| 02/15/85 | 120 | NOTICE setting matter for hearing on motion for prel injunc on 3/18,19 & 20 and 3/25,26 & 27, 1985 9:30 A.M., USP Marion, cps. dist.           X820 1sb |
| 02/25/85 | 121 | MINUTES of cont. of hearing (day 6), wit. J. Williford & R. Bruscino testify.                                                                    1sb |
| 02/26/85 | 122 | MINUTES of cont of hearing (day 7) wit R. Buscino, R. Thompson, D. Ford, R. Pierce, R. McNally, C. Parada & G. Bustamante testify.             1sb |
| 02/27/85 | 123 | MINUTES of cont. of hearing (day 8) wit G. Bustamante, D. Gee, L. D. Caldwell, D. Atteebery, C. Perry, H. Soto, J. Rodriquez & J. Rice testify, Matter cont for hearing on 3/11/85 - 3/13/85.                                      1sb |
|  |  | ---------BEGIN FOLDER #6---------------------- |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RONNIE BRUSCINO, ET AL | NORMAN CARLSON, ET AL | DOCKET NO. 84-4230 PAGE 13 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 2/22/85 | 124 | NOTICE of Deposition to be taken 2/28/85 USP Marion of Dennis Scaiola. | 1sb |
| 2/22/85 | 125 | NOTICE of Deposition to be taken 2/28/85 USP/Marion of Alfred Smith | 1sb |
| 2/22/85 | 126 | NOTICE of Deposition to be taken 2/28/85 USPMarion of Robert Staudmier | 1sb |
| 3/5/85 | 127 | PETITION for WHCAT obo plf (proposed order sub. KJM) | 1sb |
| 3/7/85 | 128 | ORDER for WHCAT for prisoners to testify 3/11/85 9:30 A.M., USPMarion dated 3/7/85 eod 3/7/85 cps. dist. | 1sb |
| 3/7/85 | | WHCAT issd to USM/ESL re J. Fritz, P. Myers, A. Wright, M. Geoghegan, N. Scott, G. Cowsen-El, A. Iron Moccasin, R. Gometz, A. Smith, G. Sims J. Campbell, J. Greschner, J. Owens-El, J. Vallez, M. Maldonado, W. McCoy, D. Stevens, M. Granger, J. Correia, R. Staudmeier, B. Mills R. Bruscino, D. Atteberry, P. Myers, & T. Reed-Bey. | 1sb |
| 3/5/85 | 129 | NOTICE of voluntary Dismissal obo plf of plf Robert Wyler, (sub) | 1sb |
| 03/06/85 | 130 | XMOTION obo dfts for continuance for 60 days from close of pltf's case to prepare their case in chief. | krm |
| 03/11/85 | 131 | MINUTES of Hrg on Prel. Injunction: hrg schd. for 3/25, 26, 27, 1985, is cont to latter April. Minutes in File. | ktm |
| 03/13/85 | 132 | USM RETURN of WHCAT unexecuted as to Philip Myers as duplicate on 3/11/85 | 1sb |
| 03/12/85 | 133 | MINUTES (day 2) of cont of hearing, wit M. Geoghagen, R. Gometz & G. Sims heard. | 1sb |
| 03/14/85 | 134 | MINUTES (Day 3) of cont of hearing, wit A. Smith, J. Campbell, J. Greshner and J. Owens-El heard, Matter cont for a motion hearing 3/25/85 9:30 A.M., Benton, Illinois. | 1sb |
| 03/14/85 | 135 | PETITION for WHCAT obo ptfs (subm) | ktm |
| 03/15/85 | 136 | ORDER (KJM) dtd 3/15/85 ord clk to issue WHCATS for 3/18/85 at 9:30 at USP EOD 3/15/85;cps.dist. | ktm |
| 03/15/85 | | WHCATS issd to USM/ESL | ktm |
| 03/18/85 | 137 | MINUTES of (day 1) cont of hearing on prel injunc, wit M. Maldonado, O. McCoy, D. Stevens, J. Correia, S. Byrd, R. Staudmeir, R. Moreno A. Ingram and R. Del Raine, Ct. advises Cnsl that a recomm that E. Hevele be dismissed from the case and therefore he will not be allowed to sit at counsel table, Ct. Orders that WHCAT issue for Alan Iron Moccasin. | 1sb |
| 3/18/85 | | WHCAT issd to USM. | 1sb |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| RONNIE BRUSCINO | NORMAN CARLSON, ET AL | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 3/19/85 | 138 | MINUTES of cont of hearing (day 2), wit L. Pyles, R. Covington, B. Wallace M. Lorrick-Bey, P. Plaxico & T. Thomas-Bey, matter cont for hearing 4/22 & 4/23, 1985 and for motion hearing 3/25/85. | lsb |
| 3/18/85 | | USM RETURN of WHCATS executed as to witnesses for prel injunc hearing (See File). | lsb |
| 03/22/85 | 139 | MOTIONobo pltfs for ext of time to file expert's reports w/affidavit | krm |
| 03/25/85 | 140 | MOTION obo pltf purs to Rule 37 w/supporting memorandum. | krm |
| 03/25/85 | 141 | OBJECTIONS obo pltf to 2nd, 3rd, 4th & 5th sets of interrs fld per KJM. | krm |
| 03/25/85 | 142 | MOTION obo pltfs for Temporary Restraining Order. | krm |
| 03/25/85 | 143 | MINUTES (KJM) of hrg on discvy mtns: Orders made as to specific interrogatories - see file. List of addl witnesses to be interviewed by pltfs' experts to be submitted by 3-29-85. Said witnesses if at USP Marion to be made available on 4-20 & 4-21-85; dfts to make arrange-ments for interviews. pltf's mtn for ext of time to file expert's reports granted to & incl 4-1-85. R&R to ent granting mtn for class certification as to injunctive relief. EOD 3-29-85 cps dist. | krm |
| 03/25/85 | 144 | NOTICE setting hrg on mtn for preliminary injunction for 4-22-85 at 9:30 a.m. and continuing on 4-23-85. cps dist. | krm |
| 03/26/85 | 145 | REPORT & RECOMMENDATION (KJM) that pltfs' mtn for class certification as to injunctive portion of this case be granted only as to "all prisoners who are confined at Marion Penitentiary or who may in the future be confined at Marion Penitentiary." EOD 4-1-85 cps dist.     X820. | krm |
| 03/27/85 | 146 | ORDER (CC) (KJM) that cause #83-4339 Lewis v. Harris be consolidated w/this action and that cnsl in this cause repr pltf Lewis. | krm |
| 03/22/85 | | USM RETURN on WHCAT on 3/19/85 as to Alan Iron Mocassin. | ml |
| 03/25/85 | | USM RETURN on WHCAT on 3/18/85 as to C. Torres, A. Ingran-El, R. Moreno, R. Del Raine, T. Reed-Bey, T. Thomas-Bey, K. Smith, M. Lorick-Bey, D. Battle, B. Wallace, R. Covington, E. Hevle, S. Byrd, P. Plaxico. | ml |
| 03/29/85 | | USM RETURN on WHCAT on 3/18/85 as to R. Staudmeier, J. Correia, D. Stevens, W. McCoy, M. Maldonado. | ml |
| 03/29/85 | | USM RETURN on WHCAT on 3/11/85, 3/12/85, 3/13/85, 3/18/85, and 3/19/85 as to R. Bruscino. | ml |
| 03/29/85 | | USM RETURN on WHCAT on 3/13/85 as to T. Reed-Bey. | ml |
| 03/29/85 | | USM RETURN of WHCAT unexec as to B. Mills, J. Vallez, & M. Granger for 3/11/85 hearing. | ml |

\* \* \* \* \* \* \* \* \* \*

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RONNIE BRUSCINO, ET AL. | NORMAN CARLSON, ET AL. | DOCKET NO. 84-4320 |
| | | PAGE 15 OF _____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 03/29/85 | 147 | RESPONSE obo dfts to pltfs' Rule 37 Motion (#140) | krm |
| 4/22/85 | 148 | **MINUTES** of cont of hrg on prel inj:  expert testimony presented; pltfs given lv to call last expert, Dr. Hany on 6-24-85 & if not available at that time, testimony by way of deposition shall be subm.; no further continuanc will be grntd; 3 prisoners referred to with psychiatric problems shall be referred to as ABC; names of 3 prisoners shall be sealed & opened only by order of court; minutes in file. | |
| 4/22/85 | 149 | **DOCUMENT** ordered sealed pursuant to in chambers conf. held 4/22/85. | cb |
| 4/22/85 | 150 | **PETITION** for WHCAT re Ronnie Bruscino & Alan Iron Moccasin obo pltfs. | cb |
| 4/22/85 | 151 | **ORDER** (KJM) grntg pltfs' pet for WHCATs. | cb |
| ~~4/25/85~~ | | ~~WHCATS issd to USM/BOL re Ronnie Bruscino & Alan Iron Moccasin~~ | ~~cb~~ |
| 04/26/85 | 152 | NOTICE/DEPOSITION obo defts of James Reddog, 5-3-85, 10 A.M., at USAtty's office in E. St. Louis, IL. | krm |
| 05/01/85 | | ORDERS entered consolidating following cases with this case; cnsl for pltfs in this case to represent other pltfs: 84-4019 Caldwell v. Miller, etal.; 84-4058 Parada v. Miller, etal.; 84-4105 Gereau-Bey v. Smith, et al.; Santiago-Tanco v. Carlson 84-4113; 84-4142 Bustamante v. Carlson, etal.; 84-4275 Sizemore v. Miller, etal.; 84-4281 Staudmier v. Smith, et al.;84-4569 Frank v. Willford, etal.; and 85-4020 Wagner v. Carlson, et al. | krm |
| 05/06/85 | 153 | NOTICE setting hrg on preliminary injunction on June 17, 18, 19, 24, 25 & 26, 1985, July 8, 9, 10, 11, 15, 16, 17 & 18, 1985, all at USP, Marion, at 9:30 A.M. cps dist. | krm |
| 05/08/85 | 154 | MEMORANDUM & ORDER (JLF) that pltfs' mtn for recusal is denied. EOD 5-9-85 cps dist. | krm |
| 05/09/85 | 155 | ORDER (KJM) that upon pltfs' mtn, dfts shall produce for pltfs' cnsl unredacted prison documents & records concerning inmates at USP, Marion. EOD 5-9-85 cps dist. | krm |
| 06/07/85 | 155A | **REPORT & RECOMMENDATION** (KJM) that Edgar Hevle's testimony be STRICKEN & his cmplt DISMISSED.  EOD 06/14/85. Cps dist.    X820. | ml |
| 06/10/85 | 156 | APPLICATION for WHCAT of William J. Maness. | ds |
| 06/10/85 | 157 | ORDER (KJM) that WHCAT for prod of William J. Maness on 6-17-85 at 9:30 a.m., at USP, Marion, IL, be iss'd to USM. cps. dist. | ds |
| 06/12/85 | | WHCAT issd to USM, ESL, IL, for prod of William J. Maness. | ds |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RONNIE BRUSCINO, et al | NORMAN CARLSON, et al | DOCKET NO. 84-4320<br>PAGE 16 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 06/14/85 | 158 X | **PETITION** obo pltfs for writ of H/C ad test for R. Bruscino (all six days), John Williams (6-17-85), Cleo Roy (6-18-85 & 6-19-85), Ron Piercy (6-24-85 & 6-25-85) and George Bustamante (6-26-85). | krm |
| 06/17/85 | 159 | **ORDER** (KJM) granting Writ of H/C ad test as listed in entry #158. Writs issd to USMar for srv. | krm |
| 06/17/85 | 160 | **MINUTES** (KJM) of hrg on pre injunction: Defts' witness Patrick Keohane. | krm |
| 06/18/85 | 161 | **MINUTES** (KJM) of hrg on pre injunction: defts' witnesses James Graham, and William Maness. | krm |
| 06/19/85 | 162 | **MINUTES** (KJM) of hrg on pre injunction: defts' witnesses R. Thompson, S. Yates, Russell Rau, C. Terrell, S. Rowlett & M. Adams. | krm |
| | | **SEE ENTRY #170 below; follows #162 | |
| 06/25/85 | 163 | **MINUTES** (KJM) of hrg on pre inj: dfts' witnesses Charles Carter, Lt. Guy Barker, Chas. Grammont, James O'Brien, & M. Moralez. | krm |
| 06/26/85 | 164 | **MINUTES** (KJM) of hrg on pre inj: dfts' witnessesG. Ingram, M. Harris and D. Miller. | krm |
| 06/28/85 | 165 | **OBJECTIONS** obo pltfs to Magistrate's R&R (#155A). | X820.krm |
| 06/28/85 | 166 | **PETITION** obo pltfs for Writ of Habeas Corpus Ad Testificandum. for R. Bruscino (all days), Geo. Bustamante (7-1-85), D. Atteberry (7-2 & 7-8-85) Thomas Reed-Bey (7-9-85 & 7-10-85) & Philip Myers (7-11-85). | krm<br><br>krm |
| 06/28/85 | 167 | **ORDER** (KJM) granting pltfs' applic for writs. WRITS issd to USMar. | krm |
| 07/01/85 | 168 | **MINUTES** (KJM) of hrg on pre inj: dfts'w itnesses J. Wertenberger, Robert L. Olsen, R. Burlison & B. Spider. | krm |
| 07/02/85 | 169 | **MINUTES** (KJM) of hrg on pre inj: pltfs make mtn to compel, ruling made as to objections. Dfts file depo of James Reddog; witness Reddog ord make available on or before 7-15-85. Witnesses J. Oxford, K. Dillow. Cont'd to 7-8-85. | krm |
| 07/02/85 | | **DEPOSITION** of James Allen Red Dog taken 5-3-85. | krm |
| | | -------------------------BEGIN FOLDER #7------------------------------------------- | |
| 07/02/85 | | **USM RETURN** on WHCAT on6/25/85 as to Ronnie Bruscino.<br>**USM RETURN on WHCAT** on 6/25/85 as to John Williams, Cleo Roy, G. Bustamante, & R. Piercy. | ml |
| 6/24/85 | 170 | **MINUTES** (KJM) of hrg on pre inj: pltfs' witness Craig Wm. Haney. | krm |
| 07/08/85 | 171 | **MINUTES** (KJM) of hrg on pre inj: dfts' witnesses Q. Heck, P.A, J. Booker, Jr., and John Clark, Exec. Asst. | krm |

* * * * * * * *

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| RONNIE BRUSCINO, ET AL. | NORMAN CARLSON, ET AL. | DOCKET NO. 84-4320 <br> PAGE 17 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 07/09/85 | 172 | **MINUTES** (KJM) of hrg on pre inj: dfts witnesses Geo. Killinger, Wm. Thomas. | krm |
| 07/10/85 | 173 | **MINUTES** (KJM) of hrg on pre inj: dfts expert witness Geo. M. Camp, witness Joe Class. | krm |
| 07/11/85 | 174 | **MINUTES** (KJM) of hrg on pre inj: dfts witness J. Williford. | krm |
| 07/11/85 | 175 | X **MOTION** obo pltf Bruscino for Definiens. | krm |
| 07/11/85 | 176 | **NOTICE/DEPOSITION** obo pltfs of J. Conyers on 7-12-85, 3:30 P.M., Marion, IL. | krm |
| 07/12/85 | 177 | **APPLICATION** obo pltfs for WHCAT for R. Bruscino (7-15-85 & 7-16-85) John Williams (7-15-85), T. Reed (7-15-85) and P. Myers (7-16-85). | krm |
| 07/15/85 | 178 | MINUTES (KJM) of hrg on pre inj: pltfs' rebuttal witnesses D.. Hale, J. Roister, J. Class. Sur-rebuttal witnesses R. Davis, V. Vandiver, R. Beai and J. Class. Cont'd to 7-16-85. | krm |
| 07/15/85 | 179 | **ORDER**(KJM) granting applic for writs as in Entry #177. EOD 7-17-85 WRITS issd to USMar at Marion USP 7-16-85. | krm |
| 07/16/85 | 180 | **MINUTES** (KJM) of hrg on pre inj: court hears closing arguments. Original Exhibit Lists attached. Exhibits kept in Benton vault. | krm |
| 07/17/85 | | USM/RETURN on WHCAT as to D. Atteberry, R. Bruscino, G. Bustamante, P. Myers, T. Reed-Bey on 07/03/85. | ml |
| 07/22/85 | | USM/RETURN on WHCAT as to William J. Maness on 06/17/85. | ml |
| 07/23/85 | 181 | **DEFENDANTS' FINDINGS OF FACT.** | krm |
| 07/24/85 | | USM/RETURN on WHCAT AS TO R. Bruscino on 7/15 & 7/16. | ml |
| 07/24/85 | | USM/RETURN on WHCAT as to P. Myers on 7/16/85 for hrg on pndg mtns. | ml |
| 07/24/85 | 182 | **PLAINTIFFS' PROPOSED FINDINGS OF FACT.** | KRM |
| 07/26/85 | 183 | **NOTICE** setting hearing 8/02/85 at 9:30 a.m., in Benton. Cps dist. ** See Entry #187 below: follows #183 | X820. ml |
| 08/01/85 | 184 | **MEMORANDUM & ORDER** (JLF) hereby ADOPTS the R&R of Mag Meyers. (Doc. #145). EOD 08/01/85. Cps dist. | ml |
| 08/01/85 | 185 | **MEMORANDUM & ORDER** (JLF) hereby ADOPTS the Magistrate's R&R (Doc. #155A) & cause is hereby DISMISSED as to pltf Edgar Hevle. EOD 08/01/85. Cps dist. | ml |
| 08/01/85 | 186 | **MEMORANDUM & ORDER** (JLF) that ct hereby ADOPTS the R&R of Mag Meyers (DOc. #74) as MODIFIED herein re the existence or sufficiency of srv of proc. Pltfs' claims under 42 U.S.C. §1983 hereby DISMISSED. Pltfs' request for Habeas relief is hereby DISMISSED. Pltfs' clms re contact visitation are hereby DISMISSED. EOD 8/01/85. Cps dist. | ml |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|

DOCKET NO. _____

PAGE ____ OF ____ PAGES

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 07/31/85 | 187 | ✗ MOTION obo pltfs for permission to extend length of pltfs' memorandum in support of mtn for preliminary injunction. | krm |
| 07/3/185 | 188 | MEMORANDUM obo pltfs in support of mtn for preliminary injunction. | krm |
| 08/02/85 | 189 | MINUTES (KJM) of hearing: ct reads from memorandum to be entered. | krm |
| 08/07/85 | 190 | **ANSWER** obo deft. (Subm KJM) | ml |
| | | --------------------------------BEGIN FOLDER #8-------------------------------- | |
| 08/15/85 | 191 | ✗ **REPORT & RECOMMENDATION** (KJM) that Mtn for Preliminary Relief Re Brutality and Mtn for Preliminary Relief Re Conditions be **DENIED**. EOD 8-15-85 cps dist. | X820. krm |
| | | --------------------------------BEGIN FOLDER #9-------------------------------- | |
| 08/26/85 | 192 | ✗ **MOTION** obo pltfs for ext of time to file objections to R&R. | krm |
| 08/26/85 | 193 | **ORDER** (AMH/krm) granting pltfs mtn for ext of time to file objections to R&R to & including 9-3-85. EOD 8-26-85 cps dist. | X820.krm |
| 09/06/85 | 194 | **MOTION** obo pltfs to file objections instanter.          (subm) | krm |
| 09/13/85 | 195 | **ORDER** (JLF) that said mot to file obj instanter is late; however, clk is directed to file instanter the tendered copy of pltfs' objections to Magistrate's Report and Recommendations. EOD 9-13-85 dated 9-12-85 cps dist. | krm |
| 09/13/85 | 196 | **OBJECTIONS** obo pltfs to Magistrate's Report and Recommendation. | krm |
| 09/19/85 | 197 | **MOTION** obo dfts for ext of time to respond to R&R. (subm) | krm |
| 09/27/85 | 198 | **ORDER** (JLF) that dfts are granted ext of time to & incl 9-30-85 to file response to objs to R&R. EOD 10-01-85 cps dist. | krm |
| 09/30/85 | 199 | **NOTICE OF APPEAL** obo Ronnie Bruscino et al., from order striking testimony & dismissing claims of Edgar Hevle (#185). | krm |
| 10/01/85 | | **SHORT RECORD ON APPEAL** to USCA7. cps of notice of appeal w/transmittal letter to Attys Susler & Deutsch, Attys Horgan & Kolb, U. S. Attorney for the SD/IL, and Jama Wagner, Court Reporter. | X820.krm |
| 09/30/85 | 200 | **RESPONSE** obo deft to Pltf. objections to R&R of Mag.   (subm)          X820 | jp |
| 10/09/85 | 201 | **ORDER** (JLF) that ct reporter transcribe report of proceedings. Rpr to provide Chief Judge Foreman w/copy of transcript & retain original should parties purs to Local Rule 24 request filing of same for purposes of appeal. EOD 10-10-85 cps dist. | krm |
| 10/09/85 | 202 | **NOTICE/DOCKETING** by USCA7 on 10-03-85. Assigned #85-2695. | krm |
| 11/04/85 | 203 | ORDER (USCA7) Mtn to dism GRANTED , appeal is DISMISSED. EOD 11/5/85. | X820.ktm |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| BRUSCINO, ET AL. | CARLSON, ET AL. | DOCKET NO. 84-4320 <br> PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 11/14/85 | 204 | NOTICE sttg pre-trl conf on damage claims on 12/17/85 at 10:00 a.m. in Benton bfr Mag Meyers. Cps dist. | krm |
| 12/16/85 | | ORIGINAL CASE FILE (9 folders) w/all exh & transcripts subm for crt's use taken to E.St.Louis by Peggy Keen, crtrm dep for Chief Judge Foreman. | krm |
| 12/16/85 | 205 | MINUTE ORDER (KJM) upon oral mot of cnsl for dfts, pretrl conf contd to 1-16-86 at 10:00 a.m. in Benton. EOD: 12-20-85 Cps dist. | krm |
| 01/16/86 | 206 | MINUTE ORDER (KJM) that cause called for pre-trl. Pltfs mtn for class cert due w/in 30 days & dfts' responses w/in 60 days thereof. Pltfs' mtn for consolidation of this case w/85-4505, **Bruscino, et al. v. Carlson, et al.,** due w/in 30 days & dfts resps due w/in 15 days thereof. Mtns to sever cases 84-4019, **Caldwell v. Miller, et al.,** and 84-4275, **Sizemore v. Miller, et al.,** taken under advisement. EOD: 01/21/86. Cps dist. X820. | vlm |
| 02/20/86 | 207 | XMOTION FOR SEVERANCE/WITHDRAW AS COUNSEL obo pltfs for severance from cases 84-4019, 84-4569, 84-4058 and 85-4295, and in addition req perm to w/draw as cnsl in 84-4019, 84-4569 & reserve right to w/draw in 84-4058. X820. | vlm |
| 02/20/86 | 208 | XRENEWED MOTION FOR SEVERANCE/MOTION TO WITHDRAW obo pltfs in 84-4275 and 84-4320. Cnsl for pltf Sizemore requests ord permitting w/draw. Mtn is renewal of mtn dated 05/04/85. X820. | vlm |
| 02/20/86 | 209 | XMOTION obo pltfs for **class certification** obo pltfs in 84-4320 & 85-4505. X820. | vlm |
| 02/20/86 | 210 | MEMORANDUM obo pltfs in support of mtn for class certification. X820. | vlm |
| 03/12/86 | 211 | OPPOSITION obo dfts to pltfs' mtn to consolidate (deemed opp to Docs #207 & 208). X820. Subm. | vlm |
| 03/17/86 | 212 | NOTICE settg status conf bfr Hon. James L. Foreman, Chf Judge, on 04/03/86 at 2:00 p.m., in Benton, Il. X820. | vlm |
| 04/02/86 | 213 | XRENWED MOTION obo pltfs for Judge Foreman to recuse himself w/memo in support of. X820. Subm. | vlm |
| 04/03/86 | 214 | MINUTES (JLF) of status conf: parties discuss possib of combining prelim & perm inj; parties discuss psych study to be made at USP Marion. Crt directs parties to meet soon & discuss issues they wish to present to the crt for possib hrg. X820. | vlm |
| 04/03/86 | 215 | ORDER (KJM) regarding 84-4058. Grants mtn to strike (#14); directing Clrk to strk #10; pltf's mtn for severance is granted; dft Miller's mtn to dism (#5) is granted. Crt ords case dism w/out prej; pltf granted lv to amd compl w/in 15 days of eod. Dft's mtn to compel (#24) denied as Moot. EOD: 04/07/86. Cps to pltf Parada, cnsl for pltf & U.S.Atty-B&E. X820. | vlm |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| BRUSCINO, ET AL. | CARLSON, ET AL. | DOCKET NO. 84-4320 |
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 04/17/86 | 216 | ORDER (KJM) re 84-4105 Gereau-Bey v. Smith, et al.; Severs 84-4105 from 84-4320 and relieving cnsl.  EOD: 04/21/86.  Cps mld to Atty Horgan and AUSA Friederich.                                   X820. | krm |
| 04/22/86 | 217 | ✗MOTION obo dfts for ext of time to resp to pltfs' mtn for class certif w/prop ord.             X820.                        Subm. | vlm |
| 05/09/86 | 218 | ORDER (KJM) granting mtn #217 & granting 30 days from the day they receive ans to interrogs w/in which to resp to pltfs' mtn for class certf. EOD: 05/09/86.  Cps to pltfs, Atty Horgan and U.S.Atty B&E.      X820. | vlm |
| 05/09/86 | 219 | ORDER (KJM) ordering 84-4058, 85-4295, 84-4019, 84-4058 and 84-4569 SEVERED from Bruscino v. Carlson, 84-4320 & pltf's cnsl in 84-4230 no longer represent pltfs in any of the four above mentioned cases. EOD: 05/09/86.  Cps to pltfs, Atty Horgan and U.S.Atty-B&E. | vlm |
| 05/09/86 | 220 | ORDER (KJM) severing No. 84-4275 from Bruscino v. Carlson, 84-4320, & relieving atty from furth rep of pltf.  EOD: 05/09/86.  Cps to pltfs Atty Horgan & U.S.Atty-B&E.                               X820. | vlm |
| 05/09/86 | | SUBM CASE FILE TO Joan B. in E. St. Louis Regarding Doc. #213. | vlm |
| 08/14/86 | 221 | CERTIFIED COPY OF ORDER (KJM) severing Frank T. Lewis v. Michael Harris, Civil No. 83-4339, from Bruscino v. Carlson, 84-4320.  Cps to pltfs, Atty Horgan & U.S.Atty-B&E. | vlm |
| 09/18/86 | 222 | MEMORANDUM in opposition obo dfts to pltfs' mtn for class certification. X820. | vlm |
| 10/14/86 | 223 | ORDER (JLF) that pltfs' renewed mtn for recusal is DENIED.  EOD: 10/15/86 Cps to cnsl for pltfs and U.S.Atty-B&E.              X820. | td |
| 10/15/86 | 224 | NOTICE setting status conf bfr Hon James L. Foreman on 10/27/86 at 1:30 p.m. in Benton, IL.  Cps to cnsl for pltfs and U.S.Atty-B&E.  X820. | td |
| 10/15/86 | 225 | ✗MOTION obo pltfs for ext of time for srv w/prop order.      X820.  Subm 54BA. | vlm |
| 10/16/86 | | REQUESTED return of file from 54BA for use in status conf. | vlm |
| 10/21/86 | 226 | ORDER (GBC) granting ext of time to effect srv on unserved dfts to 12/15/86. EOD: 10/22/86.  Cps mld to cnsl for pltfs and U.S.Atty-B&E. X820.                                          Four-Phase. | vlm |
| 10/27/86 | 227 | MINUTE /ORDER (JLF) of status conference: it is ord that matter is set for hrg on 12/16/86 at 9:30 a.m.; furth ord that parties shall exchange list of witnesses on or bfr 11/21/86; crt reserves the issue of rebuttal witnesses; and furth ord matter set for status conference on Tuesday, 11/25/86 at 1:30 p.m.  EOD: 10/29/86.  Cps to cnsl for pltfs & U.S.Atty-B&E. and interoffice distribution.         X820.    Four-Phase. | vlm |